ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Afghan American Army Services Corporation | ) ASBCA No. 59376 |
| | ) |
| Under Contract No. W91B4N-10-D-5000 | ) |

APPEARANCES FOR THE APPELLANT:　　Philip J. Davis, Esq.
　　　　　　　　　　　　　　　　　　Benjamin J. Kohr, Esq.
　　　　　　　　　　　　　　　　　　　Wiley Rein LLP
　　　　　　　　　　　　　　　　　　　Washington, DC

APPEARANCES FOR THE GOVERNMENT:　　Raymond M. Saunders, Esq.
　　　　　　　　　　　　　　　　　　　Army Chief Trial Attorney
　　　　　　　　　　　　　　　　　　LTC Gregg A. Engler, JA
　　　　　　　　　　　　　　　　　　CPT Evan C. Williams, JA
　　　　　　　　　　　　　　　　　　Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 11 August 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59376, Appeal of Afghan American Army Services Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals